

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00738-CR

Aidan **VITELA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6023
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was originally due on February 1, 2020. After we granted the Kendall County District Clerk's first and second motions for extension of time to file the clerk's record, the record was due on March 13, 2020. *See* TEX. R. APP. P. 35.3(c). Before the twice-extended due date, the district clerk filed a third request for an extension of time to file the record until April 6, 2020.

The clerk's request is GRANTED. The clerk's record is due to be filed with this court by April 6, 2020. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court